**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Green Stream Investments 3, LLC | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-3934639 | |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4116 Stonewick Drive | |
| Arlington, TX 76016 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Tarrant | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)  _____

**6.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Green Stream Investments 3, LLC                      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor   Green Stream Investments 3, LLC _____   Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Green Stream Investments 3, LLC                                    Case number (if known) _____
    Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 2, 2025
             MM / DD / YYYY

**X** /s/  Robert Dove                                          Robert Dove
Signature of authorized representative of debtor              Printed name

Title    Manager

**X** /s/   Joe Ray Cathey                                      Joe Ray Cathey
Signature of authorized representative of debtor              Printed name

Title    Manager

**18. Signature of attorney**

**X** /s/ Hudson Jobe                                    Date    November 2, 2025
Signature of attorney for debtor                                MM / DD / YYYY

Hudson Jobe
Printed name

Jobe Law PLLC
Firm name

6060 North Central Expressway, Suite 500
Dallas, TX 75206
Number, Street, City, State & ZIP Code

Contact phone    (214) 807-0563          Email address    hjobe@jobelawpllc.com

24041189 TX
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Green Stream Investments 3, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 2, 2025     **X** /s/Robert Dove
                                  Signature of individual signing on behalf of debtor

                                   Robert Dove
                                   Printed name

                                   Manager
                                   Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _November 2, 2025_          **X** /s/Joe Ray Cathey
                                          _____
                                          Signature of individual signing on behalf of debtor

                                          Joe Ray Cathey
                                          _____
                                          Printed name

                                          Manager
                                          _____
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name   Green Stream Investments 3, LLC |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Akin Joe<br>1417 Schukar Court<br>Irving, TX 75061 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Amount Invested $38,838.71; Units 0.7767742 ; Percentage .32% | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Amelita Facchiano<br>8949 Lanshire Drive<br>Dallas, TX 75238 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Amount Invested $94,828.15; Units 1.896563; Percentage .78% | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>American Arbitration Association<br>13727 Noel Road, Suite 1025<br>Dallas, TX 75240 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Anjali Rosenbloom<br>221 Vista Pointe Drive<br>Greer, SC 29651 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Amount Invested $50,000.00; Units 1.00; Percentage .41% | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Anne Wheeler<br>917 Grand Cypress Lane<br>Fairview, TX 75069 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor __Green Stream Investments 3, LLC_____ Case number (if known) _____
     Name

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Barbara Voth
608 Spring Creek Street
Cleburne, TX 76031

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $55,483.87; Units 1.1096774; Percentage .46%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Beth Barnett
606 Russell Road
Hudson Oaks, TX 76087

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $100000; Units 2.000; Percentage .82%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Bonnie Dove
4116 Stonewick Drive
Arlington, TX 76016

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Bridget Hunt
3836 Clover Lane
Dallas, TX 75220

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Burnett A. Hernes
4920 Broiles Court
Fort Worth, TX 76244

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Cathy Ann DeWitt Dunn
15455 Dallas Parkway, Suite 240
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Cathy Pacheco
4323 Walnut Hill Lane
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $27,741.74; Units 0.5548348; Percentage .23%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Christina Bukaty
1433 Tascosa Court
Allen, TX 75002

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14**

**Nonpriority creditor's name and mailing address**
Cleaburne Fritz
1818 Friedrich Road
Fredericksburg, TX 78624

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.15**

**Nonpriority creditor's name and mailing address**
Curtis Joe
1417 Schukar Court
Irving, TX 75061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $25,000.00; Units .500; Percentage .21%

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.16**

**Nonpriority creditor's name and mailing address**
Daniel J. Dotson, Jr., Executor of the
Estate of Daniel Joel Dotson, Sr.,
3220 Squireswood Drive
Carrollton, TX 75006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $;125,000.00 Units 2.5; Percentage 1.03%

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.17**

**Nonpriority creditor's name and mailing address**
Deborah Scofield
3529 Willowbrook Drive
Fort Worth, TX 76133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.18**

**Nonpriority creditor's name and mailing address**
Debra Schumann
12524 Pepperidge Avenue
Denton, TX 76207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.19**

**Nonpriority creditor's name and mailing address**
Donna Cozort
5818 Redwood Lane
Dallas, TX 75209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $300,000.00; Units 6.00; Percentage 2.47%

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.20**

**Nonpriority creditor's name and mailing address**
Dunn Sheehan LLP
5910 N Central Expy Suite 1310
Dallas, TX 75206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Earl Kirkpatrick
756 NW Charlyne Drive
Burleson, TX 76078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $27,741.94; Units 0.5548388; Percentage .23%

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Edwin Lind
3704 Glacier Lane
Garland, TX 75042

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elliott Joe
1417 Schukar Court
Irving, TX 75061

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Amount Invested $30,000.00; Units .600; Percentage .25%

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Estate of Barbara Voth
c/o Kelly Ronning
608 Spring Creek Street
Cleburne, TX 76031

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Evelyn Shearer
3405 Brookside Drive
Richardson, TX 75082

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Frank Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Frank Solano
1021 Creek Crossing
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Amount Invested $250,000.00; Units 5.00; Percentage 2.06%

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Frederick Breitinger
9932 Brioles Lane
Keller, TX 76244

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Amount Invested $50,000.00; Units 1.00; Percentage .41%

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Gary Tompkins
4412 Bowman Road
Colleyville, TX 76034

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Amount Invested $1,600.00; Units 0.0320; Percentage .01%

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    Green Stream Investments 3, LLC    Case number (if known) _____
         Name

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Gold Star Trust
701 S. Taylor, LB 110
Amarillo, TX 79101-2425

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Gold Star Trust IRA fbo Anne Wheeler
917 Grand Cypress Lane
Fairview, TX 75069

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $59,738.54; Units 1.1947708; Percentage .49%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar IRA fbo Howard Scott
481 West Kirk Drive
Queen Valley, AZ 85118

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $54,152.29; Units 1.0830458; Percentage .45%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar IRA fbo Randall Thomas
104 Dustin Drive
Fate, TX 75132

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $36,383.07; Units 0.7276614; Percentage .30%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar IRA fbo Timothy J. Porthoff
18520 Park Grove lane
Dallas, TX 75287

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $100,000.00; Units 2.000; Percentage .83%

**Last 4 digits of account number** 5507

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar Roth IRA fbo Deborah Scofield
3529 Willowbrook Drive
Fort Worth, TX 76133

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $50,782.94; Units 1.0156588 ; Percentage .42%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar Trust IRA fbo Anjali Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $103,835.85; Units2.076717; Percentage .86%

**Last 4 digits of account number** 0007

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

GoldStar Trust IRA fbo Bridget Hunt
3836 Clover Lane
Dallas, TX 75220

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $460,288.29; Units 9.2057658; Percentage 3.80%

**Last 4 digits of account number** 1204

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.38** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Burnett A. Hernes
4920 Broiles Court
Fort Worth, TX 76244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $250,000.00; Units 5.000; Percentage 2.06%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.39** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Cleaburne Fritz
1818 Friedrich Road
Fredericksburg, TX 78624

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4483

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $110,100.89; Units 2.2020178; Percentage .91%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.40** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Debra Schumann
12524 Pepperidge Avenue
Denton, TX 76207

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3726

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $245,031.10; Units 4.900622 ; Percentage 2.02%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.41** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Edwin Lind
3704 Glacier Lane
Garland, TX 75042

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6937

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $194,716.52; Units 3.8943304 ; Percentage 1.61%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.42** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Evelyn Shearer
3405 Brookside Drive
Richardson, TX 75082

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8620

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $260,031.36; Units 5.2006272; Percentage 2.14%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.43** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Frank Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0011

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $151,341.79; Units 3.0268358; Percentage 1.25%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.44** | Nonpriority creditor's name and mailing address
GoldStar Trust IRA fbo Gary Tompkins
4412 Bowman Road
Colleyville, TX 76034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $98,400.00; Units 1.968; Percentage .81%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.45** | Nonpriority creditor's name and mailing address
Goldstar Trust IRA fbo Jack Grigsby
1093 Roaring Springs Road
Fort Worth, TX 76114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Amount Invested $65,131.77; Units 1.3026354; Percentage .54%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Jacob Steephen
1057 Road Runner Road
Bartonville, TX 76226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $276,108.04; Units 5.5221608; Percentage 2.28%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.47**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Joan A. Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $88,654.03; Units 1.7730806; Percentage .73%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.48**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Joe Ray Cathey
P.O. Box 480
Nemo, TX 76070

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0927

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $517,680.88; Units 10.3536176; Percentage 4.27

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.49**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo John Gardiner
604 Dorchester Lane
Mansfield, TX 76063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $55,483.87; Units 1.1096774; Percentage .46%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.50**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo John Jewusiak
2603 Keystone Drive
Arlington, TX 76006

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $500,000.00; Units 10.000; Percentage 4.12%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.51**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Jolene Fritz
6100 Prospect Hill Drive
Granbury, TX 76049

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6631

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $110,100.89; Units 2.2020178; Percentage .91%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.52**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Larry Cox
5910 Tiffany Court
Arlington, TX 76016

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6038

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $118,753.56; Units 2.3750712; Percentage .98%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.53**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Lee Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $314,210.30; Units 6.284206; Percentage 2.59%

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Richard Holloway
2416 Richland Chambers Court
Wylie, TX 75098

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $76,296.26; Units 1.5259252; Percentage .63%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Robert Dove
4116 Stonewick Drive
Arlington, TX 76016

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $473,142.05; Units 9.462841; Percentage 3.90%_

**Last 4 digits of account number** _5198_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Roy Prasad
9526 London Bridge Station
Houston, TX 77045

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $228,064.51; Units 4.5612902; Percentage 1.88%_

**Last 4 digits of account number** _0700_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Sandra J. Lacoste
251 E. Sycamore
Murchison, TX 75778

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $54187.51; Units 1.0837502; Percentage .45%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Sho Ku Lee
2603 Chesapeake Street
Euless, TX 76040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $171,800.00; Units 3.436; Percentage 1.42%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Stephen Janicek
2814 Wateridge Court
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $44,234.61; Units 0.8846922; Percentage .36%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Susan Cawley
8429 La Fontaine Drive
North Richland Hills, TX 76182

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $158,322.95; Units 3.166459; Percentage 1.31%_

**Last 4 digits of account number** _0408_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

GoldStar Trust IRA fbo Susan Dove
1209 Black Hawk Drive
Haslet, TX 76052

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Amount Invested $50,439.71; Units 1.0087942; Percentage .42%_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Theresa Meglasson
13105 Appaloosa Trail
Kansas, OK 74347

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $108,375.01; Units 2.1675002; Percentage .89%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.63**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Tomi Trigg
7105 Gregg Court
North Richland Hills, TX 76180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $260,502.00; Units 5.21004; Percentage 2.15%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.64**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Tommy Ellison
1733 Victoria Drive
Fort Worth, TX 76131

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6007

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $327,410.49; Units 6.5482098; Percentage 2.70%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo Tracy Swan
14620 FM 635
Kerens, TX 75144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $28,842.00; Units 0.57684; Percentage .24%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.66**

**Nonpriority creditor's name and mailing address**
GoldStar Trust IRA fbo William Carter
1210 Carmel Court
Granbury, TX 76048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $167910.00; Units 3.3582 ; Percentage 1.38%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.67**

**Nonpriority creditor's name and mailing address**
GoldStar Trust Roth IRA Christina Bukaty
1433 Tascosa Court
Allen, TX 75002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $334,224.12; Units 6.6844824; Percentage 2.76

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.68**

**Nonpriority creditor's name and mailing address**
Green Stream Management, LLC
Attention: Cathy DeWitt Dunn
15455 Dallas Parkway, Suite 240
Addison, TX 75001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.69**

**Nonpriority creditor's name and mailing address**
Hernes Trust
4920 Broiles Court
Fort Worth, TX 76244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $27,741.94; Units 0.5548388; Percentage .23%

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.70**

**Nonpriority creditor's name and mailing address**
Hites Trust
3529 Willowbrook Drive
Fort Worth, TX 76133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $200,000.00; Units 4.000; Percentage 1.65%

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.71**

**Nonpriority creditor's name and mailing address**
Howard Scott
481 West Kirk Drive
Queen Valley, AZ 85118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.72**

**Nonpriority creditor's name and mailing address**
Iacuone McAllister Potter PLLC
4925 Greenville Avenue
Energy Square One, Suite 1112
Dallas, TX 75206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.73**

**Nonpriority creditor's name and mailing address**
IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.74**

**Nonpriority creditor's name and mailing address**
Isaias Gamez
1705 Yale Street
River Oaks, TX 76114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $400,000.00; Units 8.00; Percentage 3.30%

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.75**

**Nonpriority creditor's name and mailing address**
Jack Grigsby
1093 Roaring Springs Road
Fort Worth, TX 76114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.76**

**Nonpriority creditor's name and mailing address**
Jacob Steephen
1057 Road Runner Road
Bartonville, TX 76226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.77**

**Nonpriority creditor's name and mailing address**
James Rausch
1493 Cypress Point
Gunter, TX 75058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Amount Invested $150,000.80; Units 3.000; Percentage 1.24%

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jerry Wheeler
129 East Fork Road
Sunnyvale, TX 75182

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $200,000.00; Units 4.000; Percentage 1.65%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jimmy Jones
4445 E. Bankhead Way
Weatherford, TX 76087

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $50,000.00; Units 1.00; Percentage .41%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Joan A. Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Joe & Dianne Cathey Revocable Living Trust
P.O. Box 481
Nemo, TX 76070

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amount Invested $1,000,000; Units 20.0000000; Percentage 8.25%

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Joe Cathey
P.O. Box 480
Nemo, TX 76070

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

John Gardiner
604 Dorchester Lane
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

John Jewusiak
2603 Keystone Drive
Arlington, TX 76006

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jolene Fritz
6100 Prospect Hill Drive
Granbury, TX 76049

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.86** | **Nonpriority creditor's name and mailing address**
Joni Joe
1417 Schukar Court
Irving, TX 75061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Amount Invested $25,000.00; Units .500; Percentage .21%_

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.87** | **Nonpriority creditor's name and mailing address**
Judie Cox
304 Old Spanish Court
Arlington, TX 76002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Amount Invested $350,000.00; Units 7.000; Percentage 2.89%_

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.88** | **Nonpriority creditor's name and mailing address**
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, TX 75202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.89** | **Nonpriority creditor's name and mailing address**
Kathryne McKeever
1713 Geneva Lane
Plano, TX 75075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Amount Invested $700,000.00; Units 14.000; Percentage 5.77%_

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.90** | **Nonpriority creditor's name and mailing address**
Kevin Deering
8090 Steeple Chase Circle
Argyle, TX 76226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Amount Invested $27,741.94; Units 0.5548388; Percentage .23%_

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.91** | **Nonpriority creditor's name and mailing address**
Larry Cox
5910 Tiffany Court
Arlington, TX 76016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Amount Invested $54,187.51; Units 1.0837502; Percentage .45%_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.92** | **Nonpriority creditor's name and mailing address**
Larry Gray
316 Frazier Drive
Hurst, TX 76053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.93** | **Nonpriority creditor's name and mailing address**
Lee Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor    Green Stream Investments 3, LLC       Case number *(if known)* _____
        Name

---

**3.94**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Lora Bowers a/k/a Lora Gauthier a/k/a
Lora Gauthier Dixon
5729 Tacony Street               ☐ Contingent
Duluth, MN 55807                 ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _
                                **Basis for the claim:** _
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.95**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Mike Hale
22233 State Hwy 108             ☐ Contingent
Stephenville, TX 76401           ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** Amount Invested $27,741.94; Units 0.5548388;
                                Percentage .23%
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.96**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Pace Vita FLP
3405 Brookside Drive            ☐ Contingent
Richardson, TX 75082           ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** Amount Invested $27,741.94; Units 0.5548388;
                                Percentage .23%
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.97**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Randall Thomas
104 Dustin Drive                ☐ Contingent
Fate, TX 75132                  ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** _
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.98**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Rhesa Gray
316 Frazier Drive               ☐ Contingent
Hurst, TX 76053                ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** Amount Invested $150,000.00; Units 3.00; Percentage
                                1.24%
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.99**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Richard Holloway
2416 Richland Chambers Court     ☐ Contingent
Wylie, TX 75098                ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** _
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.100**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
Robert Dove
4116 Stonewick Drive            ☐ Contingent
Arlington, TX 76016             ☐ Unliquidated
                                ☒ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** Amount Invested $127,093.76; Units 2.5418752;
                                Percentage 1.05%
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

**3.101**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
Rogge Dunn
Rogge Dunn Group, PC
500 N. Akard Street, Suite 1900    ☐ Contingent
Dallas, TX 75201              ☐ Unliquidated
                                ☐ Disputed
**Date(s) debt was incurred** _        **Basis for the claim:** Notice Only
**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Roy Prasad
9526 London Bridge Station
Houston, TX 77045

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Sandra J. Lacoste
251 E. Sycamore
Murchison, TX 75778

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Sho Ku Lee
2603 Chesapeake Street
Euless, TX 76040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Stephen Janicek
2814 Wateridge Cour
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Susan Cawley
8429 La Fontaine Drive
North Richland Hills, TX 76182

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Susan Dove
1209 Black Hawk Drive
Haslet, TX 76052

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Susan Florence
10001 Liriope Cove
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Amount Invested $65,131.77; Units 1.3026354; Percentage .54%

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

The Estate of Earl Kirkpatrick
756 NW Charlyne Drive
Burleson, TX 76078

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Theresa Meglasson
13105 Appaloosa Trail
Kansas, OK 74347

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Timothy Potthoff
18520 Park Grove Lane
Dallas, TX 75287

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tomi Trigg
7105 Gregg Court
North Richland Hills, TX 76180

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Amount Invested $415,000.00; Units 8.300; Percentage 3.42%

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tommy Ellison
1733 Victoria Drive
Fort Worth, TX 76131

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tracy Swan
14620 FM 635
Kerens, TX 75144

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

William Carter
1210 Carmel Court
Granbury, TX 76048

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Yee Chaung See
5425 Vista Meadow Circle
Dallas, TX 75248

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Amount Invested $250,000.00; Units 5.000; Percentage 2.06%

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | Green Stream Investments 3, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
§
Green Stream Investments 3, LLC §       Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒    is the first mail matrix in this case.

☐    adds entities not listed on previously filed mailing list(s).

☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐    deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    November 2, 2025          /s/Robert Dove
                                   Robert Dove/Manager
                                   Signer/Title

Date:    November 2, 2025          /s/Joe Ray Cathey
                                   Joe Ray Cathey/Manager
                                   Signer/Title

                                   _____
                                   Debtor's Social Security/Tax ID No.

                                   _____
                                   Joint Debtor's Social Security/Tax ID No.

Akin Joe
1417 Schukar Court
Irving, TX 75061


Amelita Facchiano
8949 Lanshire Drive
Dallas, TX 75238


American Arbitration Association
13727 Noel Road, Suite 1025
Dallas, TX 75240


Anjali Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651


Anne Wheeler
917 Grand Cypress Lane
Fairview, TX 75069


Barbara Voth
608 Spring Creek Street
Cleburne, TX 76031


Beth Barnett
606 Russell Road
Hudson Oaks, TX 76087


Bonnie Dove
4116 Stonewick Drive
Arlington, TX 76016


Bridget Hunt
3836 Clover Lane
Dallas, TX 75220

Burnett A. Hernes
4920 Broiles Court
Fort Worth, TX 76244


Cathy Ann DeWitt Dunn
15455 Dallas Parkway, Suite 240
Addison, TX 75001


Cathy Pacheco
4323 Walnut Hill Lane
Dallas, TX 75229


Christina Bukaty
1433 Tascosa Court
Allen, TX 75002


Cleaburne Fritz
1818 Friedrich Road
Fredericksburg, TX 78624


Curtis Joe
1417 Schukar Court
Irving, TX 75061


Daniel J. Dotson, Jr., Executor of the
Estate of Daniel Joel Dotson, Sr.,
3220 Squireswood Drive
Carrollton, TX 75006


Deborah Scofield
3529 Willowbrook Drive
Fort Worth, TX 76133


Debra Schumann
12524 Pepperidge Avenue
Denton, TX 76207

Donna Cozort
5818 Redwood Lane
Dallas, TX 75209


Dunn Sheehan LLP
5910 N Central Expy Suite 1310
Dallas, TX 75206


Earl Kirkpatrick
756 NW Charlyne Drive
Burleson, TX 76078


Edwin Lind
3704 Glacier Lane
Garland, TX 75042


Elliott Joe
1417 Schukar Court
Irving, TX 75061


Estate of Barbara Voth
c/o Kelly Ronning
608 Spring Creek Street
Cleburne, TX 76031


Evelyn Shearer
3405 Brookside Drive
Richardson, TX 75082


Frank Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651


Frank Solano
1021 Creek Crossing
Coppell, TX 75019

Frederick Breitinger
9932 Brioles Lane
Keller, TX 76244


Gary Tompkins
4412 Bowman Road
Colleyville, TX 76034


Gold Star Trust
701 S. Taylor, LB 110
Amarillo, TX 79101-2425


Gold Star Trust IRA fbo Anne Wheeler
917 Grand Cypress Lane
Fairview, TX 75069


GoldStar IRA fbo Howard Scott
481 West Kirk Drive
Queen Valley, AZ 85118


GoldStar IRA fbo Randall Thomas
104 Dustin Drive
Fate, TX 75132


GoldStar IRA fbo Timothy J. Porthoff
18520 Park Grove lane
Dallas, TX 75287


GoldStar Roth IRA fbo Deborah Scofield
3529 Willowbrook Drive
Fort Worth, TX 76133


GoldStar Trust IRA fbo Anjali Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651

GoldStar Trust IRA fbo Bridget Hunt
3836 Clover Lane
Dallas, TX 75220


GoldStar Trust IRA fbo Burnett A. Hernes
4920 Broiles Court
Fort Worth, TX 76244


GoldStar Trust IRA fbo Cleaburne Fritz
1818 Friedrich Road
Fredericksburg, TX 78624


GoldStar Trust IRA fbo Debra Schumann
12524 Pepperidge Avenue
Denton, TX 76207


GoldStar Trust IRA fbo Edwin Lind
3704 Glacier Lane
Garland, TX 75042


GoldStar Trust IRA fbo Evelyn Shearer
3405 Brookside Drive
Richardson, TX 75082


GoldStar Trust IRA fbo Frank Rosenbloom
221 Vista Pointe Drive
Greer, SC 29651


GoldStar Trust IRA fbo Gary Tompkins
4412 Bowman Road
Colleyville, TX 76034


Goldstar Trust IRA fbo Jack Grigsby
1093 Roaring Springs Road
Fort Worth, TX 76114

GoldStar Trust IRA fbo Jacob Steephen
1057 Road Runner Road
Bartonville, TX 76226


GoldStar Trust IRA fbo Joan A. Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049


GoldStar Trust IRA fbo Joe Ray Cathey
P.O. Box 480
Nemo, TX 76070


GoldStar Trust IRA fbo John Gardiner
604 Dorchester Lane
Mansfield, TX 76063


GoldStar Trust IRA fbo John Jewusiak
2603 Keystone Drive
Arlington, TX 76006


GoldStar Trust IRA fbo Jolene Fritz
6100 Prospect Hill Drive
Granbury, TX 76049


GoldStar Trust IRA fbo Larry Cox
5910 Tiffany Court
Arlington, TX 76016


GoldStar Trust IRA fbo Lee Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049


GoldStar Trust IRA fbo Richard Holloway
2416 Richland Chambers Court
Wylie, TX 75098

GoldStar Trust IRA fbo Robert Dove
4116 Stonewick Drive
Arlington, TX 76016


GoldStar Trust IRA fbo Roy Prasad
9526 London Bridge Station
Houston, TX 77045


GoldStar Trust IRA fbo Sandra J. Lacoste
251 E. Sycamore
Murchison, TX 75778


GoldStar Trust IRA fbo Sho Ku Lee
2603 Chesapeake Street
Euless, TX 76040


GoldStar Trust IRA fbo Stephen Janicek
2814 Wateridge Court
Grapevine, TX 76051


GoldStar Trust IRA fbo Susan Cawley
8429 La Fontaine Drive
North Richland Hills, TX 76182


GoldStar Trust IRA fbo Susan Dove
1209 Black Hawk Drive
Haslet, TX 76052


GoldStar Trust IRA fbo Theresa Meglasson
13105 Appaloosa Trail
Kansas, OK 74347


GoldStar Trust IRA fbo Tomi Trigg
7105 Gregg Court
North Richland Hills, TX 76180

GoldStar Trust IRA fbo Tommy Ellison
1733 Victoria Drive
Fort Worth, TX 76131

GoldStar Trust IRA fbo Tracy Swan
14620 FM 635
Kerens, TX 75144

GoldStar Trust IRA fbo William Carter
1210 Carmel Court
Granbury, TX 76048

GoldStar Trust Roth IRA Christina Bukaty
1433 Tascosa Court
Allen, TX 75002

Green Stream Management, LLC
Attention: Cathy DeWitt Dunn
15455 Dallas Parkway, Suite 240
Addison, TX 75001

Hernes Trust
4920 Broiles Court
Fort Worth, TX 76244

Hites Trust
3529 Willowbrook Drive
Fort Worth, TX 76133

Howard Scott
481 West Kirk Drive
Queen Valley, AZ 85118

Iacuone McAllister Potter PLLC
4925 Greenville Avenue
Energy Square One, Suite 1112
Dallas, TX 75206

```
IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Isaias Gamez
1705 Yale Street
River Oaks, TX 76114


Jack Grigsby
1093 Roaring Springs Road
Fort Worth, TX 76114


Jacob Steephen
1057 Road Runner Road
Bartonville, TX 76226


James Rausch
1493 Cypress Point
Gunter, TX 75058


Jerry Wheeler
129 East Fork Road
Sunnyvale, TX 75182


Jimmy Jones
4445 E. Bankhead Way
Weatherford, TX 76087


Joan A. Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049


Joe & Dianne Cathey Revocable Living
Trust
P.O. Box 481
Nemo, TX 76070
```

```
Joe Cathey
P.O. Box 480
Nemo, TX 76070


John Gardiner
604 Dorchester Lane
Mansfield, TX 76063


John Jewusiak
2603 Keystone Drive
Arlington, TX 76006


Jolene Fritz
6100 Prospect Hill Drive
Granbury, TX 76049


Joni Joe
1417 Schukar Court
Irving, TX 75061


Judie Cox
304 Old Spanish Court
Arlington, TX 76002


Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, TX 75202


Kathryne McKeever
1713 Geneva Lane
Plano, TX 75075


Kevin Deering
8090 Steeple Chase Circle
Argyle, TX 76226
```

Larry Cox
5910 Tiffany Court
Arlington, TX 76016


Larry Gray
316 Frazier Drive
Hurst, TX 76053


Lee Slaughter
3006 Crystal Lake Drive
Granbury, TX 76049


Lora Bowers a/k/a Lora Gauthier a/k/a
Lora Gauthier Dixon
5729 Tacony Street
Duluth, MN 55807


Mike Hale
22233 State Hwy 108
Stephenville, TX 76401


Pace Vita FLP
3405 Brookside Drive
Richardson, TX 75082


Randall Thomas
104 Dustin Drive
Fate, TX 75132


Rhesa Gray
316 Frazier Drive
Hurst, TX 76053


Richard Holloway
2416 Richland Chambers Court
Wylie, TX 75098

Robert Dove
4116 Stonewick Drive
Arlington, TX 76016


Rogge Dunn
Rogge Dunn Group, PC
500 N. Akard Street, Suite 1900
Dallas, TX 75201


Roy Prasad
9526 London Bridge Station
Houston, TX 77045


Sandra J. Lacoste
251 E. Sycamore
Murchison, TX 75778


Sho Ku Lee
2603 Chesapeake Street
Euless, TX 76040


Stephen Janicek
2814 Wateridge Cour
Grapevine, TX 76051


Susan Cawley
8429 La Fontaine Drive
North Richland Hills, TX 76182


Susan Dove
1209 Black Hawk Drive
Haslet, TX 76052


Susan Florence
10001 Liriope Cove
Austin, TX 78750

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


The Estate of Earl Kirkpatrick
756 NW Charlyne Drive
Burleson, TX 76078


Theresa Meglasson
13105 Appaloosa Trail
Kansas, OK 74347


Timothy Potthoff
18520 Park Grove Lane
Dallas, TX 75287


Tomi Trigg
7105 Gregg Court
North Richland Hills, TX 76180


Tommy Ellison
1733 Victoria Drive
Fort Worth, TX 76131


Tracy Swan
14620 FM 635
Kerens, TX 75144


William Carter
1210 Carmel Court
Granbury, TX 76048


Yee Chaung See
5425 Vista Meadow Circle
Dallas, TX 75248

# United States Bankruptcy Court
## Northern District of Texas

In re   Green Stream Investments 3, LLC

Debtor(s)

Case No.

Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Green Stream Investments 3, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

GoldStar Trust IRA fbo Joe Ray Cathey
(4.27% Ownership)
P.O. Box 480
Nemo, TX 76070

Joe & Dianne Cathey Revocable Living Trust
(8.25% Ownership)
P.O. Box 481
Nemo, TX 76070

☐ None [*Check if applicable*]

November 2, 2025

Date

/s/ Hudson Jobe

Hudson Jobe
Signature of Attorney or Litigant
Counsel for   Green Stream Investments 3, LLC
Jobe Law PLLC
6060 North Central Expressway, Suite 500
Dallas, TX 75206
(214) 807-0563  Fax:
hjobe@jobelawpllc.com

# United States Bankruptcy Court
## Northern District of Texas

In re   Green Stream Investments 3, LLC         Case No. _____

                                           Debtor(s)        Chapter   7

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☒      I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   November 2, 2025           /s/Robert Dove
                                        Robert Dove, Manager

Date:   November 2, 2025           /s/Joe Ray Cathey
                                        Joe Ray Cathey, Manager

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:    November 2, 2025                     /s/Hudson Jobe
                                               Hudson Jobe, Attorney for Debtor
                                                 6060 North Central Expressway, Suite 500
                                                 Dallas, TX 75206
                                                 (214) 807-0563  Fax:

# United States Bankruptcy Court
## Northern District of Texas

In re   Green Stream Investments 3, LLC

Debtor(s)

Case No.

Chapter   7

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☒     I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  November 2, 2025

/s/Robert Dove

Robert Dove, Manager

Date:  November 2, 2025

/s/Joe Ray Cathey

Joe Ray Cathey, Manager

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:     November 2, 2025

/s/Hudson Jobe

Hudson Jobe, Attorney for Debtor
6060 North Central Expressway, Suite 500
Dallas, TX 75206
(214) 807-0563  Fax:

# United States Bankruptcy Court
## Northern District of Texas

In re    Green Stream Investments 3, LLC                 Case No. _____

                                Debtor(s)         Chapter    7

## DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, ***I hereby declare under penalty of perjury*** that I have read

☐      the original statements and schedules to be filed electronically in this case

☐      the voluntary petition as amended on the date indicated below and to be filed electronically in this case

☐      the statements and schedules as amended on the date indicated below and to be filed electronically in this case

☐      the master mailing list (matrix) as amended on the date indicated below and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statements and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☒      I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date:   November 2, 2025           /s/Robert Dove
                                      Robert Dove, Manager

Date:   November 2, 2025           /s/Joe Ray Cathey
                                      Joe Ray Cathey, Manager