**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Green Stream Investments 3, LLC<br>Name | EIN: | 36–3934639 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: | 7   11/2/25 |
| Case number: | 25–34349–mvl7 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Green Stream Investments 3, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 4116 Stonewick Drive<br>Arlington, TX 76016 | |
| 4. **Debtor's attorney**<br>Name and address | Hudson M. Jobe<br>Jobe Law PLLC<br>6060 North Central Expressway<br>Suite 500<br>Dallas, TX 75206 | Contact phone 214–807–0563<br><br>Email: hjobe@jobelawpllc.com |
| 5. **Bankruptcy trustee**<br>Name and address | Anne Elizabeth Burns<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202 | Contact phone (214) 573–7340 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214–753–2000<br><br>Date: 11/2/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 10, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 603 410 0887, and Passcode 5831589282, OR call 1–469–218–9155**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-34349-mvl |
| Green Stream Investments 3, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2025 | Form ID: 309C | Total Noticed: 119 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Green Stream Investments 3, LLC, 4116 Stonewick Drive, Arlington, TX 76016-3221 |
| 23041865 | + | Akin Joe, 1417 Schukar Court, Irving, TX 75061-3930 |
| 23041866 | + | Amelita Facchiano, 8949 Lanshire Drive, Dallas, TX 75238-4211 |
| 23041867 | + | American Arbitration Association, 13727 Noel Road, Suite 1025, Dallas, TX 75240-2000 |
| 23041868 | + | Anjali Rosenbloom, 221 Vista Pointe Drive, Greer, SC 29651-7417 |
| 23041869 | + | Anne Wheeler, 917 Grand Cypress Lane, Fairview, TX 75069-1994 |
| 23041870 | + | Barbara Voth, 608 Spring Creek Street, Cleburne, TX 76031-0360 |
| 23041871 | + | Beth Barnett, 606 Russell Road, Hudson Oaks, TX 76087-7369 |
| 23041872 | + | Bonnie Dove, 4116 Stonewick Drive, Arlington, TX 76016-3221 |
| 23041873 | + | Bridget Hunt, 3836 Clover Lane, Dallas, TX 75220-3702 |
| 23041874 | + | Burnett A. Hernes, 4920 Broiles Court, Fort Worth, TX 76244-1159 |
| 23041875 | + | Cathy Ann DeWitt Dunn, 15455 Dallas Parkway, Suite 240, Addison, TX 75001-6931 |
| 23041876 | + | Cathy Pacheco, 4323 Walnut Hill Lane, Dallas, TX 75229-6347 |
| 23041877 | + | Christina Bukaty, 1433 Tascosa Court, Allen, TX 75013-1111 |
| 23041878 | + | Cleaburne Fritz, 1818 Friedrich Road, Fredericksburg, TX 78624-7993 |
| 23041879 | + | Curtis Joe, 1417 Schukar Court, Irving, TX 75061-3930 |
| 23041880 | + | Daniel J. Dotson, Jr., Executor of the, Estate of Daniel Joel Dotson, Sr.,, 3220 Squireswood Drive, Carrollton, TX 75006-5210 |
| 23041881 | + | Deborah Scofield, 3529 Willowbrook Drive, Fort Worth, TX 76133-4220 |
| 23041882 | #+ | Debra Schumann, 12524 Pepperidge Avenue, Denton, TX 76207-5624 |
| 23041883 | + | Donna Cozort, 5818 Redwood Lane, Dallas, TX 75209-2424 |
| 23041884 | + | Dunn Sheehan LLP, 5910 N Central Expy Suite 1310, Dallas, TX 75206-1103 |
| 23041885 | + | Earl Kirkpatrick, 756 NW Charlyne Drive, Burleson, TX 76028-4002 |
| 23041886 | + | Edwin Lind, 3704 Glacier Lane, Garland, TX 75042-4402 |
| 23041887 | + | Elliott Joe, 1417 Schukar Court, Irving, TX 75061-3930 |
| 23041888 | + | Estate of Barbara Voth, c/o Kelly Ronning, 608 Spring Creek Street, Cleburne, TX 76031-0360 |
| 23041889 | + | Evelyn Shearer, 3405 Brookside Drive, Richardson, TX 75082-5600 |
| 23041890 | + | Frank Rosenbloom, 221 Vista Pointe Drive, Greer, SC 29651-7417 |
| 23041891 | + | Frank Solano, 1021 Creek Crossing, Coppell, TX 75019-6378 |
| 23041892 | + | Frederick Breitinger, 9932 Brioles Lane, Keller, TX 76244-1185 |
| 23041894 | + | Gold Star Trust, 701 S. Taylor, LB 110, Amarillo, TX 79101-2424 |
| 23041895 | + | Gold Star Trust IRA fbo Anne Wheeler, 917 Grand Cypress Lane, Fairview, TX 75069-1994 |
| 23041896 | + | GoldStar IRA fbo Howard Scott, 481 West Kirk Drive, Queen Valley, AZ 85118-9788 |
| 23041897 |   | GoldStar IRA fbo Randall Thomas, 104 Dustin Drive, Fate, TX 75132 |
| 23041898 | + | GoldStar IRA fbo Timothy J. Porthoff, 18520 Park Grove lane, Dallas, TX 75287-5028 |
| 23041899 | + | GoldStar Roth IRA fbo Deborah Scofield, 3529 Willowbrook Drive, Fort Worth, TX 76133-4220 |
| 23041900 | + | GoldStar Trust IRA fbo Anjali Rosenbloom, 221 Vista Pointe Drive, Greer, SC 29651-7417 |
| 23041901 | + | GoldStar Trust IRA fbo Bridget Hunt, 3836 Clover Lane, Dallas, TX 75220-3702 |
| 23041902 | + | GoldStar Trust IRA fbo Burnett A. Hernes, 4920 Broiles Court, Fort Worth, TX 76244-1159 |
| 23041903 | + | GoldStar Trust IRA fbo Cleaburne Fritz, 1818 Friedrich Road, Fredericksburg, TX 78624-7993 |
| 23041904 | + | GoldStar Trust IRA fbo Debra Schumann, 12524 Pepperidge Avenue, Denton, TX 76207-5624 |
| 23041905 | + | GoldStar Trust IRA fbo Edwin Lind, 3704 Glacier Lane, Garland, TX 75042-4402 |
| 23041906 | + | GoldStar Trust IRA fbo Evelyn Shearer, 3405 Brookside Drive, Richardson, TX 75082-5600 |

Case 25-34349-mvl7   Doc 4   Filed 11/05/25   Entered 11/05/25 23:26:21   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0539-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 309C | Total Noticed: 119 |

| | | |
|---|---|---|
| 23041907 | + | GoldStar Trust IRA fbo Frank Rosenbloom, 221 Vista Pointe Drive, Greer, SC 29651-7417 |
| 23041908 | + | GoldStar Trust IRA fbo Gary Tompkins, 4412 Bowman Road, Colleyville, TX 76034-4323 |
| 23041910 | + | GoldStar Trust IRA fbo Jacob Steephen, 1057 Road Runner Road, Bartonville, TX 76226-6108 |
| 23041911 | + | GoldStar Trust IRA fbo Joan A. Slaughter, 3006 Crystal Lake Drive, Granbury, TX 76049-7034 |
| 23041912 | + | GoldStar Trust IRA fbo Joe Ray Cathey, P.O. Box 480, Nemo, TX 76070-0480 |
| 23041913 | + | GoldStar Trust IRA fbo John Gardiner, 604 Dorchester Lane, Mansfield, TX 76063-2886 |
| 23041914 | + | GoldStar Trust IRA fbo John Jewusiak, 2603 Keystone Drive, Arlington, TX 76006-3623 |
| 23041915 | + | GoldStar Trust IRA fbo Jolene Fritz, 6100 Prospect Hill Drive, Granbury, TX 76049-4015 |
| 23041916 | + | GoldStar Trust IRA fbo Larry Cox, 5910 Tiffany Court, Arlington, TX 76016-2781 |
| 23041917 | + | GoldStar Trust IRA fbo Lee Slaughter, 3006 Crystal Lake Drive, Granbury, TX 76049-7034 |
| 23041918 | + | GoldStar Trust IRA fbo Richard Holloway, 2416 Richland Chambers Court, Wylie, TX 75098-0799 |
| 23041919 | + | GoldStar Trust IRA fbo Robert Dove, 4116 Stonewick Drive, Arlington, TX 76016-3221 |
| 23041920 | + | GoldStar Trust IRA fbo Roy Prasad, 9526 London Bridge Station, Houston, TX 77045-4660 |
| 23041921 | + | GoldStar Trust IRA fbo Sandra J. Lacoste, 251 E. Sycamore, Murchison, TX 75778-4550 |
| 23041922 | + | GoldStar Trust IRA fbo Sho Ku Lee, 2603 Chesapeake Street, Euless, TX 76040-6351 |
| 23041923 | + | GoldStar Trust IRA fbo Stephen Janicek, 2814 Wateridge Court, Grapevine, TX 76051-2658 |
| 23041924 | + | GoldStar Trust IRA fbo Susan Cawley, 8429 La Fontaine Drive, North Richland Hills, TX 76182-7458 |
| 23041925 | + | GoldStar Trust IRA fbo Susan Dove, 1209 Black Hawk Drive, Haslet, TX 76052-2957 |
| 23041926 | + | GoldStar Trust IRA fbo Theresa Meglasson, 13105 Appaloosa Trail, Kansas, OK 74347-9484 |
| 23041927 | + | GoldStar Trust IRA fbo Tomi Trigg, 7105 Gregg Court, North Richland Hills, TX 76182-3244 |
| 23041928 | + | GoldStar Trust IRA fbo Tommy Ellison, 1733 Victoria Drive, Fort Worth, TX 76131-4969 |
| 23041929 | + | GoldStar Trust IRA fbo Tracy Swan, 14620 FM 635, Kerens, TX 75144-7072 |
| 23041930 | + | GoldStar Trust IRA fbo William Carter, 1210 Carmel Court, Granbury, TX 76048-1245 |
| 23041931 | + | GoldStar Trust Roth IRA Christina Bukaty, 1433 Tascosa Court, Allen, TX 75013-1111 |
| 23041909 | + | Goldstar Trust IRA fbo Jack Grigsby, 1093 Roaring Springs Road, Fort Worth, TX 76114-4484 |
| 23041932 | + | Green Stream Management, LLC, Attention: Cathy DeWitt Dunn, 15455 Dallas Parkway, Suite 240, Addison, TX 75001-6931 |
| 23041933 | + | Hernes Trust, 4920 Broiles Court, Fort Worth, TX 76244-1159 |
| 23041934 | + | Hites Trust, 3529 Willowbrook Drive, Fort Worth, TX 76133-4220 |
| 23041935 | + | Howard Scott, 481 West Kirk Drive, Queen Valley, AZ 85118-9788 |
| 23041936 | + | Iacuone McAllister Potter PLLC, 4925 Greenville Avenue, Energy Square One, Suite 1112, Dallas, TX 75206-4026 |
| 23041938 | + | Isaias Gamez, 1705 Yale Street, River Oaks, TX 76114-2033 |
| 23041939 | + | Jack Grigsby, 1093 Roaring Springs Road, Fort Worth, TX 76114-4484 |
| 23041940 | + | Jacob Steephen, 1057 Road Runner Road, Bartonville, TX 76226-6108 |
| 23041941 | + | James Rausch, 1493 Cypress Point, Gunter, TX 75058-3201 |
| 23041942 | + | Jerry Wheeler, 129 East Fork Road, Sunnyvale, TX 75182-9603 |
| 23041943 | + | Jimmy Jones, 4445 E. Bankhead Way, Weatherford, TX 76087-8787 |
| 23041944 | + | Joan A. Slaughter, 3006 Crystal Lake Drive, Granbury, TX 76049-7034 |
| 23041945 | + | Joe & Dianne Cathey Revocable Living, Trust, P.O. Box 481, Nemo, TX 76070-0481 |
| 23041946 | + | Joe Cathey, P.O. Box 480, Nemo, TX 76070-0480 |
| 23041947 | #+ | John Gardiner, 604 Dorchester Lane, Mansfield, TX 76063-2886 |
| 23041948 | + | John Jewusiak, 2603 Keystone Drive, Arlington, TX 76006-3623 |
| 23041949 | + | Jolene Fritz, 6100 Prospect Hill Drive, Granbury, TX 76049-4015 |
| 23041950 | + | Joni Joe, 1417 Schukar Court, Irving, TX 75061-3930 |
| 23041951 | + | Judie Cox, 304 Old Spanish Court, Arlington, TX 76002-4489 |
| 23041952 | + | Kane Russell Coleman Logan PC, Bank of America Plaza, 901 Main Street, Suite 5200, Dallas, TX 75202-3705 |
| 23041953 | + | Kathryne McKeever, 1713 Geneva Lane, Plano, TX 75075-6774 |
| 23041954 | #+ | Kevin Deering, 8090 Steeple Chase Circle, Argyle, TX 76226-6100 |
| 23041955 | + | Larry Cox, 5910 Tiffany Court, Arlington, TX 76016-2781 |
| 23041956 | + | Larry Gray, 316 Frazier Drive, Hurst, TX 76053-6372 |
| 23041957 | + | Lee Slaughter, 3006 Crystal Lake Drive, Granbury, TX 76049-7034 |
| 23041958 | + | Lora Bowers a/k/a Lora Gauthier a/k/a, Lora Gauthier Dixon, 5729 Tacony Street, Duluth, MN 55807-1258 |
| 23041959 | + | Mike Hale, 22233 State Hwy 108, Stephenville, TX 76401-7905 |
| 23041960 | + | Pace Vita FLP, 3405 Brookside Drive, Richardson, TX 75082-5600 |
| 23041961 | | Randall Thomas, 104 Dustin Drive, Fate, TX 75132 |
| 23041962 | + | Rhesa Gray, 316 Frazier Drive, Hurst, TX 76053-6372 |
| 23041963 | + | Richard Holloway, 2416 Richland Chambers Court, Wylie, TX 75098-0799 |
| 23041964 | + | Robert Dove, 4116 Stonewick Drive, Arlington, TX 76016-3221 |
| 23041965 | + | Rogge Dunn, Rogge Dunn Group, PC, 500 N. Akard Street, Suite 1900, Dallas, TX 75201-6629 |
| 23041966 | + | Roy Prasad, 9526 London Bridge Station, Houston, TX 77045-4660 |
| 23041967 | + | Sandra J. Lacoste, 251 E. Sycamore, Murchison, TX 75778-4550 |
| 23041968 | + | Sho Ku Lee, 2603 Chesapeake Street, Euless, TX 76040-6351 |
| 23041969 | + | Stephen Janicek, 2814 Wateridge Cour, Grapevine, TX 76051-2658 |
| 23041970 | + | Susan Cawley, 8429 La Fontaine Drive, North Richland Hills, TX 76182-7458 |

Case 25-34349-mvl7   Doc 4   Filed 11/05/25   Entered 11/05/25 23:26:21   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0539-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 03, 2025 | Form ID: 309C | Total Noticed: 119 |

| 23041971 | + | Susan Dove, 1209 Black Hawk Drive, Haslet, TX 76052-2957 |
| --- | --- | --- |
| 23041972 | + | Susan Florence, 10001 Liriope Cove, Austin, TX 78750-2628 |
| 23041974 | + | The Estate of Earl Kirkpatrick, 756 NW Charlyne Drive, Burleson, TX 76028-4002 |
| 23041975 | + | Theresa Meglasson, 13105 Appaloosa Trail, Kansas, OK 74347-9484 |
| 23041976 | + | Timothy Potthoff, 18520 Park Grove Lane, Dallas, TX 75287-5028 |
| 23041977 | + | Tomi Trigg, 7105 Gregg Court, North Richland Hills, TX 76182-3244 |
| 23041978 | + | Tommy Ellison, 1733 Victoria Drive, Fort Worth, TX 76131-4969 |
| 23041979 | + | Tracy Swan, 14620 FM 635, Kerens, TX 75144-7072 |
| 23041980 | + | William Carter, 1210 Carmel Court, Granbury, TX 76048-1245 |
| 23041981 | + | Yee Chaung See, 5425 Vista Meadow Circle, Dallas, TX 75248-2021 |

TOTAL: 115

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| aty | Email/Text: hjobe@jobelawpllc.com | Nov 03 2025 21:55:00 | Hudson M. Jobe, Jobe Law PLLC, 6060 North Central Expressway, Suite 500, Dallas, TX 75206 |
| tr | Email/Text: anne.burns@txitrustee.com | Nov 03 2025 21:55:00 | Anne Elizabeth Burns, 900 Jackson Street, Suite 570, Dallas, TX 75202 |
| 23041937 | + EDI: IRS.COM | Nov 04 2025 02:50:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23041973 | Email/Text: pacer@cpa.state.tx.us | Nov 03 2025 21:56:00 | Texas Comptroller of Public Accounts, Revenue Accounting Division - Bankruptcy, P.O. Box 13528 Capitol Station, Austin, TX 78711 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 23041893 | ##+ | Gary Tompkins, 4412 Bowman Road, Colleyville, TX 76034-4323 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025            Signature:     /s/Gustava Winters